UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL FILIUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:21-cv-01483-AGF |
| | ) | |
| MISSOURI DEPARTMENT OF | ) | |
| CORRECTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to the Memorandum and Order filed herein on this date,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Judgment is

entered on behalf of Defendant and against Plaintiff.


_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE


Dated this 26th day of July, 2023.